# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF G.H.

NO.   2026 CW 0901

**JULY 22, 2026**

In Re:   Brittany Hughes, applying for supervisory writs, 21st
Judicial District Court, Parish of Livingston, No. 23-
JUV-016318.

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

    **STAY DENIED; WRIT DENIED.**   La. Code Civ. P. art. 2002, cited
by relator in her motion to vacate, applies to final judgments.
However, the instanter order which relator sought to vacate is not
a final judgment.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT